**Order entered August 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01735-CV

### JUANITA J. GAROFALO, Appellant

### V.

### CHANDLER MANAGEMENT D/B/A MCCALLUM CROSSING  APARTMENTS, Appellee

On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 05-01979-2012

## ORDER

The Court has before it appellant's motion for extension of time to file her reply brief.

The Court **GRANTS** the motion and **ORDERS** appellant to file her brief within thirty days of

the date of this order.


/s/      ELIZABETH LANG-MIERS
         JUSTICE